IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOYCE NELSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:18-cv-0738-ELR-JSA |
| v. | ) |
| | ) |
| PORTFOLIO RECOVERY | ) |
| ASSOCIATES LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter having come before the Court on Defendant Portfolio Recovery Associates, LLC's ("Defendant") Unopposed Motion to Extend Time to Respond to Complaint ("Motion") [5], and for good cause shown, *it is ordered*:

Defendant's unopposed Motion [5] is **GRANTED.** Defendant is allowed up to and including March 30, 2018 to answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED** this 13th day of March, 2018.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE