# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

JOYCE NELSON, an individual,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES LLC, a Delaware Limited Liability Company,

    Defendant.

**Case No.: 1:18-cv-00738-ELR-JSA**

**JOINT NOTICE OF SETTLEMENT**

## JOINT NOTICE OF SETTLEMENT

Plaintiff JOYCE NELSON ("Plaintiff") and Defendant PORTFOLIO RECOVERY ASSOCIATES LLC ("Defendant"), by and through counsel, hereby informs the Court that the parties have reached a settlement in this action, which they are in the process of finalizing. The Parties anticipate that the settlement will be completed within the next 45 days and therefore requests that the Court stay all deadlines and vacate all dates currently set on the calendar for this.

[SIGNATURES AND DATE ON FOLLOWING PAGE.]

Respectfully submitted this <u>29 March 2018</u>.

<u>/s/ John William Nelson</u>
John William Nelson
State Bar No. 920108
*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.   404.348.4462
Fax.   404.549.6765

<u>/s/ Kimberly C. Sheridan</u>
Kimberly C. Sheridan
Georgia Bar No. 624547
*Attorney for Defendant*

GORDON REES SCULLY
MANSUKHANI, LLP
The Pinnacle Building
3455 Peachtree Road, Suite 1500
Atlanta, Georgia 30326

## CERTIFICATE OF COMPLIANCE

Pursuant to Local R. 7.1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5.1(B). The foregoing JOINT NOTICE OF SETTLEMENT was prepared on a computer, using Times New Roman 14-point font.

**DATED:** <u>29 March 2018</u>.

<u>/s/ John William Nelson</u>
John William Nelson
State Bar No. 920108

*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.   404.348.4462
Fax.  404.549.6765

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOYCE NELSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No.: 1:18-cv-00738-ELR-JSA<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that the undersigned electronically filed JOINT NOTICE OF SETTLEMENT with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

John W. Nelson
john@nelsonchambers.com

Kimberly C. Sheridan (ksheridan@grsm.com)
GORDON REES SCULLY MANSUKHANI, LLP
The Pinnacle Building
3455 Peachtree Road, Suite 1500
Atlanta, Georgia 30326

[DATE AND SIGNATURE ON FOLLOWING PAGE.]

1

Respectfully submitted this **29 March 2018**.

          **THE NELSON LAW CHAMBERS, LLC**

        /s/ John William Nelson
        John William Nelson
        State Bar No. 920108

        *Attorney for Plaintiff*

        The Nelson Law Chambers LLC
        2180 Satellite Blvd, Suite 400
        Duluth, Georgia 30097
        Ph. 404.348.4462
        Fax. 404.549.6765