IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOYCE NELSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:18-CV-00738-ELR |
| | * | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**ORDER**

Plaintiff and Defendant filed a Joint Notice of Settlement [Doc. 7]. For good cause shown, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a stipulation of dismissal upon finalization of the settlement documents. If settlement fails, the parties should promptly move to reopen the case.[1]

**SO ORDERED**, this 30th day of March, 2018.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.