IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOYCE NELSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No.: 1:18-cv-00738-ELR-JSA<br><br>NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

## NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through Plaintiff's counsel of record, hereby gives notice of the voluntary dismissal of all claims in the above-captioned action <u>with prejudice</u>.

**Respectfully Submitted 3 May 2018.**

**THE NELSON LAW CHAMBERS, LLC**

By:  <u>/s/ John William Nelson</u>
     John William Nelson
     Georgia Bar No. 920108
     The Nelson Law Chambers LLC
     2180 Satellite Blvd, Suite 400
     Duluth, Georgia 30097
     Telephone: (404) 348-4462
     Facsimile: (404) 549-6765

1

john@nelsonchambers.com

*Counsel for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local R. 7.1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5.1(B).  The foregoing NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) was prepared on a computer, using Times New Roman 14-point font.

**DATED:**    <u>3 May 2018</u>.

/s/ John William Nelson
John William Nelson
State Bar No. 920108

*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.    404.348.4462
Fax.   404.549.6765

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOYCE NELSON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> PORTFOLIO RECOVERY ASSOCIATES LLC, a Delaware Limited Liability Company, <br><br> Defendant. | Case No.: 1:18-cv-00738-ELR-JSA <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that the undersigned electronically filed NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record or individuals:

John W. Nelson
john@nelsonchambers.com

Kimberly C. Sheridan (ksheridan@grsm.com)
GORDON REES SCULLY MANSUKHANI, LLP
The Pinnacle Building
3455 Peachtree Road, Suite 1500
Atlanta, Georgia 30326

[DATE AND SIGNATURE ON FOLLOWING PAGE.]

Respectfully submitted this **3 May 2018**.

**THE NELSON LAW CHAMBERS, LLC**

/s/ John William Nelson
John William Nelson
State Bar No. 920108

*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.    404.348.4462
Fax.   404.549.6765